Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

United States Courts
Southern District of Texas
F I L E D

MAR 3 0 2020

David J. Bradley, Clerk of Court

Sheila A. Bruner
~~State of Houston~~ CB
~~Texas Harris County~~

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Houston Texas
Harris County
~~Sheila A. Bruner~~ SB

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)    } Both

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The Texas Constitution Article Bill of Rights Section 1, 2, 3*
*Section ₤, 8, 9, 10, 11, 11a b (1) Violent offense (B) agg. assault w/Deadly weapon*
*Section 12, 13, 14, 15, 15a 16, 17, 18, 19, 21, 22, 23, 26, 27, 28, 29, 30*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

*I was   Relef   Save as   Cruel Unusual Punishment*
*Self   protect myself   above   Destrimnator Race Im Black hes*
*Denfence Im Not guilty   except   Nor is there al   white*
*I did nothing   witness and Police Report Testiment*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur? MARCH 25, 2019

I was arrested for agg assault with Deadly weapon In which I was assualted and wasn't given the Right to press charges against accuser Jeffery Conway, also due to him assualting me in which I defended myself and witress and police Report wrote against—

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

me due to heresay and passing the Bulk against me and also my Niece was Stabbed by accuser against me. He Hit me First and it was not acknowledged, Nor where Any Evidence I asked For was aveilable, I called 911 for help, No video, No weapon except Jeffery Conway in which to protect myself — Blood on Shirt

V.     **Injuries** — I was slapped in the face He Hit me First accuser

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. None, I was slapped and the witress and police wrote statements on the End of The matter and No One wrote what took place in the Beginning of fight How It started out with accuser Jeffery Conway in defending my self. The accuser was Stabbed in Eye By his own Knife.

VI.     **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Fact that the State of Texas pick up Case against me, I've been held in the Harris County Jail A year for charge, I was also abused No One — acknowledge me being Slapped from the Start of it all Task For Time Serve incident, I'm being Told Because of my pass' Prior isetc from Oklahoma Double Jeopardy. Motion 26 I've Filed To No Aveil

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes   I've written to Public Defenders office And to

☐ No   The Judge court Clerk .

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Judge with Court Clerk Harris County
and Public Defendors office

2.   What did you claim in your grievance?

Same as Stated Attachment
In this Statement and or grievance

3.   What was the result, if any?   awaiting

Pretrial & Trial ——— Court Date 3-31-20/20

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've asked For another attorney Motion to
I have Not heard from No One Nor is my
I Ask Released Time Served please...
Appointed Lawer tryed to help Assist me I've asked
Terrence Gaiser                                    DA.
and put in Several Motions No One Nor his attorney or District
Attorney have acknowledge or Time date late no Assist Nor

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)

        Defendant(s) Sheila A Brawer

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        Harris County

    3.  Docket or index number

        337-994

    4.  Name of Judge assigned to your case

        Honorable Judge Richie #337 and Judge #994 Court

    5.  Approximate date of filing lawsuit

        3-25-20/20

    6.  Is the case still pending?

        ☐ Yes

        ☑ No

        If no, give the approximate date of disposition.

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        O No

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    NONE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _Sheila A. Bruner_    3-25-20/20

Signature of Plaintiff        _Sheila A. Bruner_
Printed Name of Plaintiff     _Sheila A Bruner_
Prison Identification #        _SPN 02990516-1028_
Prison Address                _1200 Baker St_
                              _Houston, TX           77002_
                                 City      State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                                 City      State    Zip Code

Telephone Number              _____
E-mail Address                _____

U.S. POSTAGE » PITNEY BOWES

ZIP 77002 $ 000.65⁰
02 4W
0000368784 MAR. 26. 2020

United States Courts
Southern District of Texas
F I L E D

MAR 30 2020

David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Sheila Banner
SPN: 02990516      Cell: A-2
Street 1200 Baker Street
HOUSTON, TEXAS 77002

aramark

INDIGENT